UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIARA CRYSTALYN MARIE BARKSDALE,<br><br>                      Plaintiff,<br><br>    -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendant. | 25-CV-3299 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, the plaintiff's filing in this case remains due as scheduled.

DATED: October 3, 2025　　　　　　　　　　SO ORDERED.
           New York, NY

                                                                      **ROBYN F. TARNOFSKY**
                                                                      United States Magistrate Judge