UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIARA CRYSTALYN MARIE BARKSDALE,<br><br>Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 25-CV-3299 (RFT)<br><br><u>**ORDER**</u> |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

On October 9, 2025, Plaintiff file a motion for judgement on the pleadings (ECF 17). The Government's opposition shall be filed by **February 2, 2026.** Plaintiff's reply brief shall be filed by **February 17, 2026.**

DATED:  November 19, 2025
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge