**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CIARA CRYSTALYN MARIE B,

      Plaintiff,          25 **CIVIL** 3299 (GRJ)

   -against-            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
-------------------------------------------------------------X

   It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Decision and Order dated June 29, 2025, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner is GRANTED judgment on the pleadings; and this case is DISMISSED. Accordingly, judgment is entered for the defendant and the case is closed.

**DATED:**  New York, New York
    June 30, 2026

           **TAMMI M. HELLWIG**
          _____
            **Clerk of Court**

     **BY:**          
           Deputy Clerk